## MONSERRATE ET AL *v.* VALLS

APELACIÓN procedente de la Corte de Distrito de Guayama.

No. 52.—Resuelto en Noviembre 4, 1904.

MANDAMUS—PARTE BENEFICIADA É INTERESADA.—El peticionario en un procedimiento de *Mandamus* debe ser parte beneficiada é interesada en los actos cuya ejecución se trate de obtener por virtud de tal procedimiento.

### EXPOSICIÓN DEL CASO.

Angel Monserrate y Pedro Comas como miembros de la Junta Local del Partido Unión de Puerto Rico, en Santa Isabel, presentaron una solicitud ante la Corte de Distrito de Guayama para que se expidiera un auto de *Mandamus* contra la Junta de Registro del Precinto Electoral No. 21, del Término Municipal de Santa Isabel ,dirijido á Juan Valls como Presidente de la misma, para que procediera á inscribir 67 electores que tenían derecho á votar en las elecciones generales y por determinadas causas no fueron inscritos. Denegada la solicitud por la Corte de Distrito de Guayama, los peticionarios apelaron para ante el Tribunal Supremo.

Abogado de los peticionarios: *Sr. Bernadini.*

La parte apelada no compareció.

EL JUEZ ASOCIADO SR. MACLEARY, emitió la Opinión del Tribunal.

Los demandantes en el presente caso no demuestran ser partes interesadas en este asunto de una manera tal que les dé derecho á presentar una solicitud para *Mandamus*, y por tal razón el auto fué denegado. Puede hacer referencia al caso de Casalduc recientemente decidido mediante una detenida discusión de la única cuestión implicada.

El fallo de la Corte de Distrito de Guayama es correcto y debe ser confirmado.

*Confirmada.*

Jueces concurrentes: Sres. Presidente Quiñones, y Jueces Hernández, Figueras y Wolf.